of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 221 So.2d 633.

Writ refused. On the facts found by the Court of Appeal the result is correct.

223 So.2d 412

**LENAHAN PLASTICS OF TENNESSEE, INCORPORATED**

**v.**

**Cosimo V. MATASSA and Arthur Godwin.**

**Arthur GODWIN**

**v.**

**LENAHAN PLASTICS OF TENNESSEE, INCORPORATED.**

**No. 49921.**

June 12, 1969.

In re: Arthur Godwin and Cosimo V. Matassa applying for writs of certiorari, prohibition and mandamus with stay orders.

Writ denied. The showing made does not warrant the exercise of our supervisory jurisdiction.

223 So.2d 672

**Lewis P. HOPKINS, Jr.**

**v.**

**Diana McGinty HOPKINS.**

**No. 49925.**

June 26, 1969.

In re: Dan A. Spencer applying for writ of certiorari.

Writ refused. There is no error of law in the ruling complained of.

McCALEB, J., is of the opinion that the application should be granted.

SUMMERS, J., is of the opinion the writ should be granted.

223 So.2d 672

**STATE of Louisiana**

**v.**

**Donald JOUBERT.**

**No. 49931.**

June 26, 1969.

In re: Donald Joubert applying for writ of certiorari.

Writ refused. The showing made in the application does not warrant the relief sought.